

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-14-00488-CV |
| Style: | Commerce and Industry Insurance Company; Starnet Insurance Company; Catlin Insurance Company, Inc.; Allianz Global Corporate & Specialty S.E.; United States Aircraft Insurance Group; and QBE Aviation Syndicate 5555 at Lloyd's v. American Jet International Corporation d/b/a Million Air Charter; REW Investments, Inc.; Houston Aviation Partners, LLC; Woolsey Aviation, Inc.; Million Air Lackland, LLC; Go Fayetteville, LLC; Reno Aviation Partners, LLC; Gulfport Aviation Partners, LLC; Tallahassee Aviation Partners, LLC; Million Air Interlink, Inc.; Roger Woolsey; and Carl Moody |
| Date motion filed: | July 3, 2014 |
| Type of motion: | Motion to extend time to file petition for permissive interlocutory appeal |
| Party filing motion: | Carl Moody |
| Document to be filed: | Petition for Permissive Interlocutory Appeal |

Ordered that motion is:

☒ Granted

If document is to be filed, document due: **July 3, 2014**

☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time.

☐ Denied

☐ Dismissed

☐ Other: _____

_____

_____

_____


Judge's signature: /s/ Jim Sharp
      ☑ Acting individually    ☐ Acting for the Court

Panel consists of   _____

Date: July 15, 2014


November 7, 2008 Revision